IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| RICHARD A. SCOTT, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CIVIL ACTION NO. 2:05cv76-T | |
| | ) | (WO) | |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on October 28, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this action be and hereby is DISMISSED.

Done this 18th day of November, 2005.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE